AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of NY

JOSE K. HERNANDEZ-PINEDA,
*Plaintiff*
v.
JEFFERY SEARLS, in his official capacity as Officer-in-Charge, Buffalo Federal Detention Facility,
*Defendant*

Civil Action No. 23-CV-6523-EAW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: This action is administratively terminated without prejudice.. action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on a motion for an administratively terminating action without prejudice.

Date: 10/10/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*